

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of W.L.D. and           * From the 91st District
D.T.D., children,                           Court of Eastland County,
                                            Trial Court No. CV-11-42,439.


No. 11-14-00111-CV                      * May 15, 2014

                                        * Per Curiam Memorandum Opinion
                                          (Panel consists of: Wright, C.J.,
                                          Willson, J., and Bailey, J.)


This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Kelli Sue Bouget.